UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| CAROL HENRY, INDIVIDUALLY AND D/B/A THE PERFECT GIFT | : | DOCKET NO. 11-CV-1330 |
| VS. | : | JUDGE MINALDI |
| O'CHARLEYS INC., ET AL | : | MAGISTRATE JUDGE KAY |

## REPORT AND RECOMMENDATIION

In a separately issued Memorandum Order, this court denied plaintiff's motion to remand (doc. 4) and determined that plaintiff has not stated a cause of action against the named defendants Jared Heath and O'Charley's, Inc.

Defendant, Jared Heath has filed a motion to dismiss (doc. 3) and for the reasons stated in the Memorandum Order this court recommends that his motion be GRANTED and the plaintiff's claims against O'Charley's, Inc. also be DISMISSED.

Under the provisions of 28 U.S.C. Section 636 and Rule 72, parties aggrieved by this recommendation have fourteen (14) business days from service of this report and recommendation to file specific, written objections with the Clerk of Court.  A party may respond to another party's objections within fourteen days after being served with a copy of any objections or response to the District judge at the time of filing.

Failure to file written objections to the proposed factual findings and/or the proposed legal conclusions reflected in this Report and Recommendation within fourteen (14) days following the date of its service, or within the time frame authorized by Fed.R.Civ.P. 6(b), shall

-1-

bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the District Court, except upon grounds of plain error. *See, Douglass v. United Services Automobile Association*, 79 F.3d 1415 (5th Cir. 1996).

THUS DONE this 30th day of January, 2012.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE