RECEIVED
IN LAKE CHARLES, LA.

FEB 24 2012

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| CAROL HENRY, INDIVIDUALLY AND D/B/A THE PERFECT GIFT | : | DOCKET NO. 2:11 CV 1330 |
| VS. | : | JUDGE MINALDI |
| O'CHARLEYS INC., ET AL. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law, it is

ORDERED that the plaintiff's claims against Jared Heath and O'Charleys, Inc. are DISMISSED WITH PREJUDICE.

Lake Charles, Louisiana, this 23 day of February, 2012.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE